The relief described hereinbelow is SO ORDERED

Done this 7th day of February, 2017.



*Dwight H. Williams, Jr.*
*Dwight H. Williams, Jr.*
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

In re:

MATTHEW ANDERSON,                            Chapter 13
                                                                           Case No. 13-32269-DHW

        Debtor.

### AGREED ORDER CONDITIONALLY DENYING RELIEF
### FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

      This matter having been set for hearing on February 6, 2017, upon the Motion for Relief from the Automatic Stay of Alabama Housing Finance Authority ("AHFA"), seeking relief from the automatic stay imposed by 11 U.S.C. § 362(a) and co-debtor stay as it relates to the enforcement of the lien against property described as 8124 Sorrel Lane, Montgomery, Alabama 36117, in Exhibit "A" of the Motion for Relief filed with the Court on January 11, 2017 ("Property"). Notice of the hearing was given. Based upon the consent of the parties, it is hereby

      **ORDERED, ADJUDGED AND DECREED** the motion is denied conditionally.

      **IT IS FURTHER ORDERED,** Debtors shall pay AHFA all post-petition payments (consisting of the September 2016 through February 2017 payments at $678.07 each), and all late charges in the amount of $108.48 that are due as of this date, plus the attorney's fees of $600.00 and costs of $181.00, which totals $4,957.90.

      **IT IS FURTHER ORDERED,** Debtors have paid $1,800.00 directly to AHFA. Debtors' remaining post-petition arrearage of $3,157.90 shall be placed in Debtors' Chapter 13 plan. Debtors' payments to the Chapter 13 Trustee are set at $210.00 SEMI-MONTHLY and the fixed payment to AHFA shall be $325.00.

**IT IS FURTHER ORDERED,** should AHFA fail to receive any regular monthly payments from Debtors (beginning March 2017) within the calendar month in which such payment comes due upon a twenty (20) day prior written notice of default to Debtors and Debtors' attorney, the stay and co-debtor stay will lift automatically without further order of this Court, and AHFA, its successors and/or assigns, are authorized to pursue applicable non-bankruptcy remedies with regard to the Property.

**IT IS FURTHER ORDERED,** this Order survives the dismissal, conversion and/or reinstatement of this bankruptcy case.

###END OF ORDER###

This Order was reviewed and agreed to by Counsel for Debtor and Trustee.

Order Drafted by:
Bowdy J. Brown
Sasser, Sefton & Brown, P.C.
Post Office Box 4539
Montgomery, AL 36103-4539
(334) 532-3400
bbrown@sasserlawfirm.com

In re:  
Matthew Anderson  
    Debtor

Case No. 13-32269-DHW  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1127-2    User: jingram    Page 1 of 1    Date Rcvd: Feb 07, 2017  
                     Form ID: pdfSOME    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2017.  
db          +Matthew Anderson,    8124 Sorrel Lane,    Montgomery, AL 36117-3808  
intp        +Hanna Prashad,    8124 Sorrel Lane,    Montgomery, AL 36117-3808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
tr          +E-mail/Text: ch13montgomery@ch13mdal.com Feb 07 2017 20:45:11      Curtis C. Reding,  
           P. O. Box 173,    Montgomery, AL 36101-0173  
2918141      +E-mail/Text: rgriffith@servsol.com Feb 07 2017 20:45:11      ALABAMA HOUSING FINANCE,  
           2000 INTERSTATE PARK DR,    STE 408,    Montgomery, AL 36109-5414  
2989069      E-mail/Text: rgriffith@servsol.com Feb 07 2017 20:45:11      Alabama Housing Finance Authority,  
           PO Box 242928,    Montgomery, AL 36124-2928  
                                                                                                         TOTAL: 3

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2017 at the address(es) listed below:  
         Bankruptcy Administrator      ba@almb.uscourts.gov  
         Bowdy J. Brown     on behalf of Creditor     Alabama Housing Finance Authority  
          bbrown@sasserlawfirm.com,    kwaldrop@sasserlawfirm.com;bhargett@sasserlawfirm.com  
         Leonard N. Math     on behalf of Creditor     Alabama State Employees C.U.  
          noticesmd@chambless-math.com  
         Richard D. Shinbaum     on behalf of Debtor Matthew   Anderson rshinbaum@smclegal.com,  
          scarter@smclegal.com;cthornton@smclegal.com  
         Sabrina L. McKinney [Acting]     trustees_office@ch13mdal.com  
                                                                                                                                                         TOTAL: 5